**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **ALEX BANE** | : | |
| | : | **CIVIL ACTION** |
| v. | : | No. 24-2138 |
| | : | |
| **DETECTIVE RICARDO QUILES-ROSA** | : | |
| **AND DETECTIVE JOSEPH GOMES** | : | |

## ORDER

This 27th day of March, 2025, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment, ECF 14, is **GRANTED**. Plaintiff's Complaint is dismissed with prejudice. The Clerk is hereby **REQUESTED** to mark this matter as closed.

    /s/ Gerald Austin McHugh
United States District Judge